*E-FILED - 7/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| *In re*: ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No.** 5:09-md-02040 RMW |
| | **[] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [DOC. #82]** |
| | [ Order filed concurrently herewith] |
| | Current Hearing Date:   August 13, 2010 |
| | Proposed Hearing Date: August 20, 2010 |

Pursuant to the Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT the hearing date for the Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 82) is hereby continued from August 13, 2010 to August 27, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED THAT  Plaintiffs' opposition to the motion to dismiss shall be filed on or before July 23, 2010.

Defendant's reply to Plaintiffs' opposition shall be filed pursuant to the new hearing date.

IT IS SO ORDERED.

Dated:    July 14, 2010

*Ronald M. Whyte*

U.S. DISTRICT JUDGE

- 1 -