UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| *In re*: ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No.** 5:09-md-02040 RMW<br><br>**[] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION ATTORNEYS FEES AND COSTS [DOC. #111]**<br><br>Current Hearing Date:   December 2, 2011<br>Proposed Hearing Date: February 32, 2014 |

Pursuant to the Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT the hearing date for the Motion for Attorneys' Fees and Costs (Doc. #111) is hereby continued from December 2, 2011 to February 32, 2014 at 9:00 a.m.

IT IS FURTHER ORDERED THAT   Plaintiffs' opposition to the motion for attorneys fees and costs shall be filed within 21 calendar days before the new hearing date.

Defendant's reply to Plaintiffs' opposition shall be filed pursuant to the new hearing date.

IT IS SO ORDERED.

Dated:   November ___, 2011         *Ronald M. Whyte*
                                    _____
                                    The Honorable Ronald M. Whyte

- 1 -

ORDER RE: STIPULATION TO CONTINUE MOTION FOR ATTORNEYS FEES

1                                                Judge of the United States District Court

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT