# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| *In re*: ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No.** 5:09-md-02040 RMW<br><br>**[] ORDER TAKING MOTION ATTORNEYS FEES AND COSTS OFF CALENDAR [DOC. #111]**<br><br>Current Hearing Date:   February 10, 2012 |

Pursuant to the Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT the Motion for Attorneys' Fees and Costs (Doc. #111) is hereby withdrawn and taken off calendar. The parties shall bear their own attorneys fees and costs in connection with the underlying action.

IT IS SO ORDERED.

Dated: _____, 2012    _____
The Honorable Ronald M. Whyte
Judge of the United States District Court

- 1 -

ORDER RE: WITHDRAWL OF MOTION FOR ATTORNEYS FEES